(December 15, 1970)

LUBOW MACHINE ·Co., INC., Respondent-Appellant, v. SIMPLEX INDUS-TRIAL CORP. et al., Appellants-Respondents.—

Concur — McGivern, J. P., Markewich, Steuer and Tilzer, JJ.